IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

ERIK TELLEZ,

    Plaintiff,

v.                           CIVIL ACTION NO. 1:20-00480

FCI MCDOWELL CORRECTIONAL
OFFICERS,

    Defendant.

## MEMORANDUM OPINION AND ORDER

    By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B).  Magistrate Judge Aboulhosn submitted to the court his Findings and Recommendation on April 22, 2021, in which he recommended that the district court dismiss plaintiff's complaint without prejudice, and remove this matter from the court's docket.

    In accordance with the provisions of 28 U.S.C.A. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Aboulhosn's Findings and Recommendation.  The failure of any party to file such objections constitutes a waiver of such party's right to a de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

    The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the

allotted time period.  Having reviewed the Findings and Recommendation filed by Magistrate Judge Aboulhosn, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **DISMISSES** plaintiff's complaint without prejudice, and **DIRECTS** the Clerk to remove this case from the court's active docket.

    The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se, and counsel of record.

    **IT IS SO ORDERED** this 23rd day of March, 2023.

                      ENTER:

                        David A. Faber
                        Senior United States District Judge